UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                                MDL No. 2672


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO −54)**


On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 148 F.Supp.3d 1367 (J.P.M.L. 2015). Since that time, 887 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 10, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION          MDL No. 2672

### SCHEDULE CTO−54 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**ALABAMA NORTHERN**

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| ~~ALN~~ | ~~7~~ | ~~16−01219~~ | ~~Banks et al v. Volkswagen Group of America, Inc.~~ | Opposed 8/3/16 |

**FLORIDA SOUTHERN**

| FLS | 9 | 16−81320 | Volkswagen Group of America, Inc. v. Melnyk |
|---|---|---|---|

**NEVADA**

| NV | 2 | 16−01729 | Adams, Jr. v. Volkswagen Group of America, Inc. et al |
|---|---|---|---|
| NV | 2 | 16−01730 | Wise v. Volkswagen Group of America, Inc., et al |
| NV | 2 | 16−01731 | Clegg v. Volkswagen Group of America, Inc., et al |
| NV | 2 | 16−01732 | Lewis v. Volkswagen Group of America et al |
| NV | 2 | 16−01733 | Rollins v. Volkswagen Group of America, Inc. et al |
| NV | 2 | 16−01734 | Gurule v. Volkswagen Group of America, Inc. et al |
| NV | 2 | 16−01735 | Todd et al v. Volkswagen Group of America, Inc. et al |
| NV | 2 | 16−01736 | Pacheco et al v. Volkswagen Group of America, Inc. et al |
| NV | 3 | 16−00434 | Hof v. Volkswagen Group of America, Inc. et al |
| NV | 3 | 16−00435 | Hof v. Volkswagen Group of America, Inc. et al |

**OHIO NORTHERN**

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| ~~OHN~~ | ~~1~~ | ~~16−01868~~ | ~~Fisher et al v. Volkswagen Group of America, Inc.~~ | Opposed 8/3/16 |

**TEXAS EASTERN**

| TXE | 6 | 16−01051 | Delaney v. Volkswagen Group of America, Inc. et al |
|---|---|---|---|
| TXE | 6 | 16−01057 | Casey v. Volkswagen Group of America, Inc. |